IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 5:17-00113-16

**JONATHAN VINCENT MOORE**

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's second motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(1)(A)(i). See ECF No. 699. The United States is hereby **ORDERED** to file a response to defendant's motion no later than July 19, 2021. In particular, the court is interested in information regarding the prevalence of COVID-19 at FCI Elkton and whether defendant has been vaccinated.

The court **DIRECTS** the Clerk to send a copy of this Order to defendant, counsel of record, and the United States Probation Office.

**IT IS SO ORDERED** this 30th of June, 2021.

ENTER:

David A. Faber
Senior United States District Judge