**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION NO. 5:17CR00113-016

JONATHAN VINCENT MOORE

**MEMORANDUM OPINION AND ORDER**

Pending is Defendant Jonathan Vincent Moore's Motion for Early Termination of

Supervised Release, filed April 20, 2026. Doc. 759. The United States does not oppose the Motion.

**I.**

On July 13, 2018, following his guilty plea to Possession with intent to distribute

500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), Jonathan Vincent Moore was

sentenced to ninety-seven (97) months imprisonment, followed by a four (4) year term of

supervised release. Doc. 573. Jonathan Vincent Moore began serving his term of supervision on

June 29, 2023. Jonathan Vincent Moore now moves for early termination of his supervised release

inasmuch as his successful completion and certification as an electrician, continued employment,

dedication to his family, and compliance while on his term of supervised release.

Jonathan Vincent Moore's Probation Officer notes he has maintained a positive and

cooperative attitude while on supervision. In addition, Jonathan Vincent Moore has paid the special

assessment fee, submitted negative urine specimens, and has remained in compliance with all other

conditions of supervised release. A criminal record check revealed no new criminal conduct since

the offender's arrest for the instant offense. Jonathan Vincent Moore was also transferred to the

low intensity supervision caseload given his consistent compliance. The Probation Officer thus reports that Jonathan Vincent Moore meets the criteria established by the Administrative Office of the United States Courts for early termination of probation. As noted, the United States does not oppose Jonathan Vincent Moore's Motion.

## II.

Pursuant to 18 U.S.C. § 3583(e), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); see also United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Jonathan Vincent Moore's Probation Officer, the Court concludes that early termination of Jonathan Vincent Moore's supervised release is warranted. Jonathan Vincent Moore has completed approximately three (3) years of his supervised release term without incident and has demonstrated his dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Jonathan Vincent Moore's conduct and the interests of justice support early termination of his supervised release.

## III.

Accordingly, the Court **GRANTS** Jonathan Vincent Moore's motion [Doc. 759] and **TERMINATES** Jonathan Vincent Moore's supervised release term.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER:        July 17, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE